# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:09-CR-80 CAS |
| AMBER WILLEY, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Amber Willey's motion to terminate supervision, filed October 14, 2016. The government does not oppose the motion.

Based on defendant's motion to terminate, the supplement to the motion, and defendant's medical records filed under seal, defendant was diagnosed with invasive ductal carcinoma breast cancer and had a mastectomy in October 2015. On October 11, 2016, an MRI of Ms. Willey's brain showed evidence of an enhancing intercranial lesion, and she has suffered a recent seizure. A chest CT scan performed on June 21, 2016 showed metastasis to the chest, abdomen, or pelvis. In her motion, Ms. Willey states her prognosis is poor. Her treatment options are radiation therapy and adjuvant chemotherapy, which she is currently pursuing.

Defendant has provided copies of her motion to terminate to counsel for the government, Jeannette Graviss and the United States Probation Officer on the case, Roxanne Jolley, and neither have any objection to defendant's motion to terminate.

After careful review of defendant's medical records, the Court will grant defendant's motion. The Court will terminate defendant Amber Willey's probation and pretrial supervision.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to terminate supervision is **GRANTED**. [Doc. 126]

**IT IS FURTHER ORDERED** that defendant's final probation revocation hearing set for Tuesday, November 1, 2016 at 2:00 p.m. is **vacated**.

                                        **CHARLES A. SHAW**
                                        **UNITED STATES DISTRICT JUDGE**

Dated this 28th day of October, 2016.